UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21 CR 596 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | ORDER ACCEPTING PLEA |
| LAWRENCE LAWSON, | ) ) | AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION |
| Defendant | ) ) | OFFICE |

  This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Carmen E. Henderson, regarding the change of plea hearing of Lawrence Lawson, which was referred to the Magistrate Judge with the consent of the parties.

  On August 25, 2021, the government filed a 6 count Indictment, charging Defendant Lawson in counts 1 and 6 with Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, in violation of Title 21 U.S.C. § 846 and Conspiracy to Launder Monetary Instruments, in violation of Title 18 U.S.c. § 1956(h). Defendant was arraigned on August 26, 2021, and entered a plea of not guilty to counts 1 and 6 of the Indictment, before Magistrate Judge Carmen E. Henderson. On April 5, 2022, Magistrate Judge Henderson received Defendant Lawson's plea of guilty to counts 1 and 6 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

  Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

  On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant

Lawson is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Lawrence Lawson is adjudged guilty to counts 1 and 6 of the Indictment, in violation of Titles 21 U.S.C. § 846 and 18 U.S.C. §1956(h). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on July 26, 2022, at 10:30 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 20, 2022